1  MCGREGOR W. SCOTT
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-PO-00180-SAB |
| Plaintiff, | UNITED STATES' MOTION TO DISMISS AND REQUEST FOR WITHDRAWAL/RECALL OF WARRANT; ORDER |
| v. | |
| STEVEN SCARBROUGH, | |
| Defendant. | |

The United States moves to dismiss citation #6238414 (and this case 1:18-po-00180-SAB) without prejudice in the interest of justice.

The United States further requests that the Court withdraw/recall the associated arrest warrant in this case.

Dated: April 2, 2019                                MCGREGOR W. SCOTT
                                                    United States Attorney


                                            By:   /s/ JEFFREY A. SPIVAK
                                                  JEFFREY A. SPIVAK
                                                  Assistant United States Attorney

1

**ORDER**

IT IS SO ORDERED.

Dated: **April 2, 2019**

_____
UNITED STATES MAGISTRATE JUDGE